OPINION — AG — A NEVADA PROFESSIONAL CORPORATION, WHOSE SOLE STOCKHOLDER IS LICENSED TO PRACTICE MEDICINE IN OKLAHOMA AND MEETS THE REQUIREMENTS OF 18 O.S. 1971 801 [18-801] ET SEQ. REGARDING PROFESSIONAL CORPORATIONS AND 18 O.S. 1971 1.199 [18-1.199] REGARD DOMESTICATION OF FOREIGN CORPORATIONS, CAN BE DOMESTICATED IN OKLAHOMA. (PROFESSIONAL CORPORATION, ARTICLES OF INCORPORATION) CITE: OPINION NO. 70-321, 18 O.S. 1971 805 [18-805], 18 O.S. 1971 804 [18-804] (DAVID MCCURDY)